OPINION — AG — ** STATE TEXTBOOK COMMITTEE — CONTRACTS ** THE STATE TEXTBOOK COMMITTEE SHOULD 'NOT' ATTEMPT TO REDUCE THE TERMS OF THE SCHOOL TEXTBOOK CONTRACTS YOU REFER TO, FROM SIX YEARS TO FIVE YEARS IN THE ABSENCE OF LEGISLATION AUTHORIZING SUCH ACTION. (CONTRACTS, AUTHORITY, SCHOOL CODE, TEXTBOOKS) CITE: 70 O.S. 16-2 [70-16-2], 70 O.S. 16-6 [70-16-6] (SCHOOLS) (J. H. JOHNSON)